HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
rachelle.barbour@fd.org

Attorney for Defendant
EMILY ELIZABETH WODEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-cr-00175-JAM |
| Plaintiff, | **STIPULATION AND ORDER FOR EARLY TERMINATION OF SUPERVISED RELEASE** |
| v. | |
| EMILY ELIZABETH WODEN, | Judge: Hon. John A. Mendez |
| Defendant. | |

     Plaintiff, United States of America, through Assistant United States Attorney Jason Hitt, and Defendant Emily Woden, through Assistant Federal Defender Rachelle Barbour, hereby stipulate and request that the Court terminate Ms. Woden's term of supervised release pursuant to 18 U.S.C. § 3583(e)(1). The Probation Office, through Probation Officer David Watson, concurs with this request. Ms. Woden's 48-month term of supervision began on December 9, 2021. Ms. Woden has completed over three years of her four-year supervisory term in complete compliance. Ms. Woden has no conditions requiring ongoing programming, treatment, or counseling. Her Probation Officer has confirmed that Ms. Woden has completed counseling, tested negative for drugs, and paid her monetary penalties.

     The parties agree that Ms. Woden qualifies for early termination of his supervision under Title 18, section 3583(e)(1) of the United States Code, which authorizes the Court to terminate a defendant's term of supervised release at any time after the expiration of one year of supervision if the Court is "satisfied that such action is warranted by the conduct of the defendant released

and the interest of justice."

At the time of her offense, Ms. Woden was the drug-addicted girlfriend of her drug dealer codefendant. She promised the Court in the Western District of Michigan that she would change her life. Ms. Woden now comes before the Court proud to have fulfilled those goals. Ms. Woden has a steady job, a new partner, a stable residence, the support of her family and employer, and a six-month old son. She has been sober since her arrest in this case.

In light of Ms. Woden's performance on supervision, and with the support of her Probation Officer, the parties request that the Court order her supervision terminated and discharge her in this matter. A proposed order is provided below.

Dated: February 4, 2025

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

/s/ RACHELLE BARBOUR
RACHELLE BARBOUR
Attorney for Defendant
EMILY ELIZABETH WODEN

Dated: February 4, 2025

MICHELE BECKWITH
Acting United States Attorney

/s/ JASON HITT
JASON HIT
Assistant United States Attorney

**ORDER**

For the reasons set forth in the parties' stipulation, and with the support of the Probation Office, the Court hereby **ORDERS** that Emily Elizabeth Woden be **DISCHARGED** from Supervised Release and that the proceedings in the case be **TERMINATED**.

Dated: February 04, 2025

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE